GILPIN v. APPLEBY et al.

*(Supreme Court, General Term, First Department.   February 11, 1891.)*

Appeal from special term, New York county.

Action by Charles Gilpin, Jr., against Luce Appleby and others.   Plaintiff appeals from orders vacating an order for the examination of the defendants as witnesses before the trial.   For former reports, see 11 N. Y. Supp. 6, 12 N. Y. Supp. 448.

Argued before VAN BRUNT, P. J., and DANIELS and O'BRIEN, JJ.

*Strong & Cadwalader,* for appellant.   *John Graham,* for respondents.

DANIELS, J.   The affidavits on which the order was made, which has been vacated, established all that was necessary to entitle the plaintiff to an examination of the defendants before the trial if they could be legally obliged to submit to that examination.   They have been sued for the recovery of the sum of $22,000, charged to have been lost by gaming at No. 818 Broadway, in the city of New York.   The money is alleged to have been won and received by the defendants, and to have been taken by its treasurer from the Glamorgan Iron Company, a corporation carrying on business in the state of Pennsylvania, and which has since made a general assignment for the benefit of its creditors to the plaintiff.   The order for the examination of the defendants seems to have been vacated on the ground that the defendants' evidence would tend to prove them guilty of a criminal offense under the laws of this state, for which they might be indicted and punished.   But while that may be the tendency of the evidence obtained from them under the order, this fact did not relieve them of the obligation to submit to the examination as it had been ordered.   This objection has been found to be without legal support in the consideration given to it in the case of the same plaintiff against John Daly, *ante,* 390; and these orders should likewise be reversed, with disbursements to the appellant.   All concur.

---

GENET v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO.

*(Supreme Court, General Term, First Department.   February 11, 1891.)*

Appeal from special term, New York county.

Action by Augusta G. Genet against the president, etc., of the Delaware & Hudson Canal Company.   For opinion of general term granting a new trial in this action, see 12 N. Y. Supp. 572.   Plaintiff now appeals from an order denying her motion for the appointment of a new referee.

Argued before VAN BRUNT, P. J., and DANIELS and O'BRIEN, JJ.

*G. C. Genet,* for appellant.   *F. E. Smith,* for respondent.

PER CURIAM.   It was the opinion of the court who heard the appeal in this action that the new trial should be before another referee than the one who had passed upon the issues involved in the action; and, in order that there may be no doubt as to the power of the court to appoint a new referee, the order entered upon the reversal of the judgment should be resettled and amended, by directing that the new trial be had before a new referee to be appointed by the court.   Under these circumstances, the appeal taken from the order of the special term should be dismissed, without costs, and the order resettled in the manner suggested.